In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00101-CV
_____

BRIAN W. JUSTICE, Appellant

V.

WELLS FARGO BANK, NATIONAL ASSOCIATION, ON BEHALF OF
THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-AC2, ASSET-BACKED CERTIFICATES,
SERIES 2007-AV2, Appellee

_____

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 18-05-06155-CV
_____

## MEMORANDUM OPINION

On December 12, 2019, this Court issued its opinion and judgment affirming

the trial court's judgment. The appellant, Brian W. Justice, and the appellee, Wells

Fargo Bank, National Association, on Behalf of the Registered Holders of Bear

Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed Certificates,

1

Series 2007-AV2, jointly filed a motion to dismiss the appeal and announced that they had settled this matter. The parties jointly requested that our prior opinion be withdrawn. The motion is voluntarily made by the parties before our plenary power over the judgment expired and should be granted. *See* Tex. R. App. P. 19.1, 42.1(a)(2). Accordingly, we withdraw our opinion and judgment of December 12, 2019, substitute this opinion, and issue a new judgment. The motion to dismiss is granted and the appeal is dismissed.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 22, 2019
Opinion Delivered February 6, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.